UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER PAREDES,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>KATHLEEN ALLISON, Warden,<br><br>　　　　Respondent. | NO. CV 11-5756-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge with one modification. On page 13, line 28, the term "i.d." is corrected to read "*i.e.*".

　　　　IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

　　　　3/17/14

DATED: _____   _____
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　United States District Judge