UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER PAREDES,<br><br>        Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | NO. CV 11-5756-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 3/17/14

_____
DALE S. FISCHER
United States District Judge